IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDA PHARMACEUTICALS INC., <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA INC., <br><br> Defendant. | C.A. No. 23-152-CFC |
| VANDA PHARMACEUTICALS INC., <br><br> Plaintiff, <br><br> v. <br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | C.A. No. 23-153-CFC |

**NOTICE OF WITHDRAWAL OF**
**MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendants Teva Pharmaceuticals USA Inc., Apotex Inc. and Apotex Corp. (collectively, "Defendants"), hereby withdraw their Motion for Judgment on the Pleadings (C.A. No. 23-152, D.I. 85; C.A. No. 23-153, D.I. 77) as moot in light of the filing of Plaintiff's First Amended Complaint (C.A. No. 23-152, D.I. 94; C.A. No. 23-153, D.I. 86). This withdrawal is without prejudice to Defendants' right to

file a motion to dismiss the First Amended Complaint or a further motion for judgment on the pleadings.

| SHAW KELLER LLP | COZEN O'CONNOR |
|---|---|
| */s/ Nathan R. Hoeschen* | */s/ Kaan Ekiner* |
| John W. Shaw (No. 3362) | Kaan Ekiner (#5607) |
| Karen E. Keller (No. 4489) | 1201 N. Market Street, Suite 1001 |
| Nathan R. Hoeschen (No.6232) | Wilmington, DE 19801 |
| I.M. Pei Building | (302) 295-2046 |
| 1105 North Market Street, 12th Flr. | kekiner@cozen.com |
| Wilmington, DE 19801 | *Attorneys for Defendants* |
| (302) 298-0700 | *Apotex Inc. and Apotex Corp.* |
| jshaw@shawkeller.com | |
| kkeller@shawkeller.com | |
| nhoeschen@shawkeller.com | |
| *Attorneys for Defendant* | |
| *Teva Pharmaceuticals USA Inc.* | |

Dated:  May 16, 2023